**FILED**

DEC 1 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-CR-0564 MCE |
| Plaintiff, ) | |
| ) | ORDER TO SEAL |
| v. ) | (UNDER SEAL) |
| ) | |
| ANDREW COY, AND ) | |
| SIDMAR CISNEROS, ) | |
| ) | |
| Defendants. ) | |

The Court hereby orders that the Indictment, the Petition to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the first arrest of a defendant in this case.

DATED: 12-13-07

_____
Hon. EDMUND F. BRENNAN
United States Magistrate Judge

1