| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>   United States Attorney<br>2  MICHAEL M. BECKWITH<br>   Assistant U.S. Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, California  95814<br>4  Telephone: (916) 554-2797 | **FILED**<br><br>DEC 1 3 2007<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>         DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   2:07-CR-0564 MCE
                            )
            Plaintiff,      )   SEALING ORDER
                            )
       v.                   )
                            )
SEALED,                     )
            Defendant.      )
_____)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that documents filed in the above referenced case shall be sealed until the first arrest of a defendant in this case.

DATED: 12-13, 2007

/s/ HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge