**FILED**
March 5, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-07-0564-MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ANDREW COY, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ANDREW COY, Case No. CR.S-07-0564-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  _X_   Release on Personal Recognizance

  ___   Bail Posted in the Sum of:

    ___   Agreement to Forfeit Property Form

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) The Defendant is ordered released to the custody of the Federal Defender's Office and/or the assigned Case Investigator on 03/06/08 to be transported to the offices of Dr. Du Bois, 2025 Morse Ave., Sacramento, California for his 9:45 a.m. appointment. Upon completion of the appointment, the Defendant is to be transported back to the custody of the U.S. Marshal's Office.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  03/05/08  at  2:25 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge