PROB 35A

## ORDER TERMINATING TERM OF SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE - NOTICE OF DEATH

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  2:07CR00564-01** |
| | ) | |
| **ANDREW COY** | ) | |
| _____ | ) | |

On March 18, 2011, the above-named was placed on Supervised Release for a period of 36 months.

On August 20, 2012, this office was notified the releasee died and was confirmed dead by the Sacramento County Coroner on August 31, 2012, (copy of the notification is on file).  It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD**
**Senior United States Probation Officer**

Dated:         September 17, 2012
               Roseville, California
               DDW:jc

**REVIEWED BY:**         **/s/ Kyriacos M. Simonidis**
                        **KYRIACOS M. SIMONIDIS**
                        **Supervising United States Probation Officer**

1

**Re:    Andrew COY**
       **Docket Number:   2:07CR00564-01**
       **ORDER TERMINATING TERM OF SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

### ORDER OF COURT

It appearing that Andrew Coy is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.


 Dated: September 19, 2012

                                                          _____
                                                          MORRISON C. ENGLAND, JR.
                                                          UNITED STATES DISTRICT JUDGE


(Notification copy on file)

cc:     AUSA - Michael M. Beckwith
        FLU Unit - United States Attorney's Office  **S/A paid in full**
        Fiscal Clerk - Clerk's Office
        Restitution Accounts - Victims       **None**

2

Rev. 05/2007
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).MRG